UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

JANICE ROGERS,

                                         RULE 7.1 DISCLOSURE

            Plaintiff(s),

      -against-                          08 Civ 6409
                                           (Sullivan, J)
RIDDLE & ASSOCIATES, P.C.,

            Defendant(s).

-----------------------------------------x


      Defendant, RIDDLE & ASSOCIATES, P.C., by its
attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that
the defendant has no publicly traded parent companies.


Dated:  August 25, 2008

_____
MEL S. HARRIS AND ASSOCIATES LLC
By:  Arthur Sanders (as1210)
Attorneys for defendant
5 Hanover Square, 8th Floor
New York, NY  10004
212-660-1050