UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JANICE ROGERS,

                        Plaintiff,

    -against-

RIDDLE & ASSOCIATES, P.C.,

                        Defendant(s).

------------------------------------------x

ANSWER

08 CIV 6409
(Sullivan, J)

       Defendant, by its attorney MEL S. HARRIS AND ASSOCIATES, LLC, answer plaintiff's complaint as follows:

       1. Defendant acknowledges being sued pursuant the Fair Debt Collection Practices Act, but denies any violation of that statute.

       2. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "2" of the complaint.

       3. Defendant admits the allegations contained in paragraph "3" of the complaint.

       4. Defendant admits that the Court has jurisdiction over this matter.

       5. Defendant admits the allegations contained in paragraph "5" of the complaint.

6. Defendant admits the allegations contained in paragraph "6" of the complaint.

7. Defendant admits the allegations contained in paragraph "7" of the complaint.

8. Defendant admits the allegations contained in paragraph "8" of the complaint.

9. Defendant admits the allegations contained in paragraph "9" of the complaint.

10. Defendant admits leaving messages for plaintiff, but otherwise denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "10" of the complaint.

11. Defendant denies each and every allegation contained in paragraph "11" of the complaint.

12. Defendant denies each and every allegation contained in paragraph "12" of the complaint.

13. Defendant admits leaving a message with the words, "You need to contact us regarding an urgent matter," but alleges that there is additional content to its message.

14. Defendant denies each and every allegation contained in paragraph "14" of the complaint.

15. Defendant denies each and every allegation contained in paragraph"15" of the complaint.

16. Defendant denies each and every allegation contained in paragraph "16" of the complaint.

17. Defendant denies each and every allegation contained in paragraph "17" of the complaint.

18. Defendant denies each and every allegation contained in paragraph "18" of the complaint.

19. Defendant denies each and every allegation contained in paragraph "19" of the complaint.

20. Defendant denies each and every allegation contained in paragraph "20" of the complaint.

21. Defendant denies each and every allegation contained in paragraph "21" of the complaint.

22. Defendant denies each and every allegation contained in paragraph "22" of the complaint.

23. Defendant denies each and every allegation contained in paragraph "23" of the complaint.

24. Defendant denies each and every allegation contained in paragraph "24" of the complaint.

25. Defendant denies each and every allegation contained in paragraph "25" of the complaint.

26. Defendant denies each and every allegation contained in paragraph "26" of the complaint.

27. Defendant denies each and every allegation contained in paragraph "27" of the complaint.

28. Defendant denies each and every allegation contained in paragraph "28" of the complaint.

29. Defendant denies each and every allegation contained in paragraph "29" of the complaint.

30. Defendant denies each and every allegation contained in paragraph "30" of the complaint.

31. Defendant denies each and every allegation contained in paragraph "31" of the complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

32. Plaintiff's complaint fails to state a cause of action.

WHEREFORE, the defendant respectfully requests that plaintiff's complaint be dismissed.

Dated:  New York, NY
        August 25, 2008

_____
Arthur Sanders (AS1210)
 MEL S. HARRIS AND ASSOCIATES, LLC
Attorneys for Defendant
5 Hanover Square  - 8th Floor
New York, NY  10004
212-660-1050

TO:

4

AMIR J. GOLDSTEIN, ESQ.
Attorney for plaintiff
591 Broadway  #3A
New York, NY  11012